THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROBERT STOFER**                                                                                                    **PLAINTIFF**

**v.**                                    **Case No. 4:20-cv-00027-KGB**

**JAMES GREENE & ASSOCIATES, INC., and**
**JEFFREY BRANTLY**                                                                                        **DEFENDANTS**

## JUDGMENT

Consistent with the Court's Order entered on this date, it is considered, ordered, and adjudged that judgment is entered in favor of defendants James Greene & Associates, Inc., and Jeffrey Brantly. Plaintiff Robert Stofer's request for relief is denied.

So adjudged this the 25th day of March, 2021.

_____
Kristine G. Baker
United States District Judge